JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO GARCIA SALINAS,<br>Petitioner,<br>v.<br>WARDEN RICOLCOL,<br>Respondent. | Case No. 2:25-cv-12025-AB-DFM<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice as moot.

Date: July 31, 2026

ANDRÉ BIROTTE JR.
United States District Judge